```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
```

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SHEILA A. TURNER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant. | CIVIL NO.  04-02650 SBA<br><br>STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　　The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

　　　1. Defendant shall pay TWO THOUSAND EIGHT HUNDRED DOLLARS ($2,800.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

> KELLY DUNN, HAWKINS LAW CENTER
> 101 BROADWAY AVE., SUITE 1
> RICHMOND, CA 94804
> (510) 232-6611; FAX 2271
> Kdunn@hawkinscenter.org

　　　2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1  Act.

2      3. Payment of the TWO THOUSAND EIGHT HUNDRED DOLLARS ($2,800.00) EAJA
3  fees incurred in this court action, will constitute a complete release from and bar to any and all
4  claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the
5  EAJA, or costs as a result of this court action.

Dated: May 9, 2006     /s/
                           KELLY DUNN
                           Attorney for Plaintiff

                           KEVIN V. RYAN
                           United States Attorney

Dated: May 9, 2006     By:  /s/
                           SARA WINSLOW
                           Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 8/22/06     *Saundra B Armstrong*
                           SAUNDRA BROWN ARMSTRONG
                           United States District Judge

TURNER, EAJA STIP (ss)
C 04-02650 SBA             2